Hearing set for 10:00 AM
Hearing start at 10:13 AM
Hearing ended at 10:28 AM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE DANIEL R. DOMINGUEZ, U.S. DISTRICT JUDGE**

| | |
|---|---|
| COURTROOM DEPUTY: Ana M. Romero | Date: April 16, 2019 |
| COURT REPORTER: Lisa O'Brien | Case CR-17-034 (DRD) |

| | Attorneys: |
|---|---|
| UNITED STATES OF AMERICA | AUSA Vanessa Bonhomme |
| vs. | |
| 1- JUAN O. VELEZ-MIRANDA | Jasón González, Esq. |
| 2- JOSE MORENO-DIAZ | Raúl S. Mariani, Esq. (not present) |
| 3- MICHAEL ROJAS-MONTALVO | Miguel A. Rodríguez, Esq. |
| 4- GABRIEL A. RAMOS-ALERS | Joseph A. Boucher, Esq. |
| 5- ALBERTO CABRERO-CABRERA | Diego H. Alcalá, Esq. (Excused) |
| 6- JEAN PIERRE DE LA ROSA-PRATTS | Thomas Lincoln, Esq. |
| 7- ANGEL RIVERA-RIVERA | Edgar L. Sánchez, Esq. |
| 8- ABISAIL RIVERA-RIVERA | Yassmin González, Esq. |
| 10 PABLO E. RIOS-CRUZ | Laura Maldonado, Esq. |
| 11 JUAN C. ARVELO-LOPEZ | Ernesto Hernández, Esq.(not present) |
| 12 KEVIN MOLINA-NORIEGA | José C. Romo, Esq. (Excused) |
| 13 CARLOS BAYRON-RAMOS | María S. Ramírez, Esq. (Excused) |

================================================================

**CASE CALLED FOR PRETRIAL CONFERENCE**

The Court authorized the following substitutions: Attorney Joseph Boucher for Attorneys Ernesto Hernandez.

- The Court was informed the status of the case.

- Government informed that plea negotiations are ongoing. AUSA Bonhomme advised that needs to meet with newly appointed Counsel Laura Maldonado for proffer of evidence.

- Attorney Yasmin Gonzalez advised of pending motion at ECF # 275, the same was granted.

Hearing set for 10:00 AM  
Hearing start at 10:13 AM  
Hearing ended at 10:28 AM

- Attorney Joseph Boucher stated that motion for change of plea will be file within next two weeks.
- Attorney Edgar Sanchez informed that is pending receipt of local court documents to submit counter offer to Government.
- Attorney Jason Gonzalez informed that his client will proceed to trial.
- Attorney Thomas Lincoln advised that will discuss with final offer with client. The Court ordered U.S. Marshals not to move defendant out of the jurisdiction.
- Attorney Miguel Rodriguez stated that his client will proceed to trial.

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

**Pretrial Conference is set for 05/28/2019 at 10:00 AM in Old San Juan Courtroom before Judge Daniel R. Dominguez. The third point for acceptance of responsibility will not be granted after May 28, 2019. Parties shall come prepare to set trial date.**

*s/ Ana M. Romero*  
Ana M. Romero  
Courtroom Deputy Clerk