Hearing set for 10:00 AM
Hearing start at 10:14 AM
Hearing ended at 10:38 AM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE DANIEL R. DOMINGUEZ, U.S. DISTRICT JUDGE**

| | |
|---|---|
| COURTROOM DEPUTY: Ana M. Romero | Date: May 28, 2019 |
| COURT REPORTER: Robin Dispenzieri | Case CR-17-034 (DRD) |

| | Attorneys: |
|---|---|
| UNITED STATES OF AMERICA | AUSA Vanessa Bonhomme |
| vs. | |
| JUAN O. VELEZ-MIRANDA | Jasón González, Esq. |
| JOSE MORENO-DIAZ | Raúl S. Mariani, Esq. (not present) |
| MICHAEL ROJAS-MONTALVO | Miguel A. Rodríguez, Esq. |
| GABRIEL A. RAMOS-ALERS | Joseph A. Boucher, Esq. |
| JEAN PIERRE DE LA ROSA-PRATTS | Thomas Lincoln, Esq. (not present) |
| ANGEL RIVERA-RIVERA | Edgar L. Sánchez, Esq. |
| ABISAIL RIVERA-RIVERA | Yassmin González, Esq. |
| PABLO E. RIOS-CRUZ | Laura Maldonado, Esq. |
| JUAN C. ARVELO-LOPEZ | Ernesto Hernández, Esq. |

**CASE CALLED FOR PRETRIAL CONFERENCE**

The Court authorized the following substitutions: Attorney Jason Gonzalez for Attorneys Raul Mariani and Thomas Lincoln.

- The Court was informed the status of the case.
- Government informed that plea negotiations are ongoing. AUSA Bonhomme the status of each pending defendant.
    - Defendant #1: Need to re-schedule meeting with Attorney Jason Gonzalez for plea negotiation.
    - Defendant #2: An agreement was reached.
    - Defendant#3: Filed motion to sever, government request time to respond. The Court granted the request. Government shall file reply by 6/27/2019.
    - Defendant #4: An agreement was reached.

Hearing set for 10:00 AM  
Hearing start at 10:14 AM  
Hearing ended at 10:38 AM

- Defendant #6: Motion for Change of Plea pending.
- Defendant #7: Submitted counter offer on 5/20/2019.
- Defendant #8: Submitted counter offer, pending approval of
- Defendant #10: Recent appointed counsel needs additional time to engage in plea negotiations.
- Defendant #11: Defendant will enter plea. Change of Plea Hearing was set for 06/20/2019 @ 11:00 AM.

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

**Pretrial Conference is set for 06/28/2019 at 10:00 AM in Old San Juan Courtroom before Judge Daniel R. Dominguez. The third point for acceptance of responsibility will not be granted after May 28, 2019. Parties shall come prepare to set trial date.**

*s/ Ana M. Romero*
Ana M. Romero
Courtroom Deputy Clerk